UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SCHWEGLER,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL CORRIDOR JOINT POWERS AUTHORITY; SHARON PINKOSH; NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Defendants. | Case No.: CV 13-02638 KAW<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE, PRETRIAL, AND TRIAL DATES |

On February 14, 2014, Plaintiff Albert Schwegler filed a Notice of Settlement. (Notice of Settlement, Dkt. No. 22.)  In the notice, Plaintiff indicates that the parties have reached an agreement for settlement and that the parties therefore request that the court vacate the Case Management Conference currently scheduled for February 25, 2014 as well as pending pretrial and trial dates. *(Id.)* Good cause appearing, the Case Management Conference, pretrial, and trial dates currently set in this case are hereby vacated.

IT IS SO ORDERED.

Dated: February 18, 2014

                                                        KANDIS A. WESTMORE<br>                                                        United States Magistrate Judge